INTERNATIONAL DATA PRODUCTS CORP., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Cross Appellant.

No. 2006–5083, 2006–5094.

United States Court of Appeals, Federal Circuit.

March 6, 2007.

ON MOTION

*ORDER*

International Data Products Corp. moves without opposition for reconsideration of the court's March 2, 2007, order dismissing the appeal for failure to file an appendix, and moves for leave to file the appendix out of time.

International Data Products Corp. has now submitted the appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's March 2, 2007 dismissal order is vacated, the mandate is recalled, and the notice of appeal is reinstated.

(2) The appendix is accepted for filing.

Dolores C. PALMER, Claimant–Appellee,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellant.

No. 2007–7089.

United States Court of Appeals, Federal Circuit.

March 7, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).